IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAY ANDERSON : | |
| : | **CIVIL ACTION NO. 2:21-CV-02292** |
| Plaintiff : | |
| : | |
| v. : | |
| : | |
| LOWE'S HOME CENTERS, LLC : | |
| : | |
| Defendants : | |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Ray Anderson ("Plaintiff"), by an through his undersigned counsel hereby opposes the Defendant's Motion for Summary Judgment. In support of its Opposition, Plaintiff relies upon the accompanying Memorandum of Law and Statement of Disputed Facts, the contents of which are incorporated by reference herein.

**LAW OFFICES OF ERIC A. SHORE, P.C.**

BY: /s/Graham F. Baird
 **GRAHAM F. BAIRD, ESQUIRE**
 Two Penn Center
 1500 JFK Boulevard, Suite 1240
 Philadelphia, PA 19102

 Attorney for Plaintiff, Ray Anderson

Date: April 14, 2022

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAY ANDERSON | : |
|       Plaintiff | : **CIVIL ACTION NO. 2:21-CV-02292** |
| v. | : |
| LOWE'S HOME CENTERS, LLC | : |
|       Defendants | : |

## CERTIFICATE OF SERVICE

On April 14, 2022, the undersigned served the foregoing Opposition to the Defendant's Motion for Summary Judgment via ECF Service upon the following:

Charlene Gedeus, Esquire
Buchanan Ingersoll & Rooney, P.C.
Two Liberty Place
Suite 3200
Philadelphia, PA 19102
Charlene.gedeus@bipc.com


**LAW OFFICES OF ERIC A. SHORE, P.C.**

BY:     /s/Graham F. Baird
**GRAHAM F. BAIRD, ESQUIRE**
Attorneys for Plaintiff, Ray Anderson