**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **RAY ANDERSON,** : | |
| **Plaintiff,** : | |
| **v.** : | |
| : | **CIVIL ACTION NO. 2:21-cv-02292-BMS** |
| **LOWE'S HOME CENTERS, LLC,** *et al.*, : | |
| : | |
| **Defendants.** : | |
| : | |
| : | |

## ORDER

**AND NOW**, on this _____ day of _____, 2022, upon

consideration of the Parties' Joint Motion to Stay Remaining Deadlines Pending the Court's

Ruling on Defendants' Motion for Summary Judgment, it is hereby **ORDERED** and

**DECREED** that the Motion is **GRANTED**.  It is further **ORDERED**:

1. All deadlines set forth in the October 26, 2021, Scheduling Order (Doc. No. 6) are stayed; and

2. A new Scheduling Order shall be issued by the Court, if necessary, after ruling on Defendants' pending Motion for Summary Judgment.

**BY THE COURT:**

_____
HON. BERLE M. SCHILLER, J.

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **RAY ANDERSON,** | : |
| **Plaintiff,** | : |
| | : |
| | : |
| **v.** | : |
| | : **CIVIL ACTION NO. 2:21-cv-02292-BMS** |
| | : |
| **LOWE'S HOME CENTERS, LLC,** *et al.*, | : |
| | : |
| **Defendants.** | : |
| | : |

**JOINT MOTION TO STAY REMAINING DEADLINES PENDING THE COURT'S
RULING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Ray Anderson ("Anderson"), and Defendants, Lowe's Home Centers, LLC, and

Lowe's Home Centers, LLC ("Defendants") (collectively referred to herein with Anderson as the

"Parties"), by and through their undersigned counsel, respectfully request this Court stay all

remaining deadlines set forth in the October 26, 2021, Scheduling Order (the "Current Scheduling

Order") (Doc. No. 6), pending the Court's ruling on Defendants' Motion for Summary Judgment.

In support of this Motion, the Parties aver the following:

1.      On March 17, 2022, Defendants filed a Motion for Summary Judgment (the

"Motion") (Doc. No. 8), which Plaintiff has opposed (Doc. No. 11).

2.      On April 20, 2022, Defendants filed a Motion for Leave to file a reply brief in

support of their summary judgment motion (Doc. No. 12), which the Court granted on April 21,

2022 (Doc. No. 13).

3.      Briefing on the Motion is now closed.

4.      The Motion is case dispositive and, if granted, will obviate the need for further proceedings, including trial, in this case.

5.      Under the Current Scheduling Order, the Parties are expected to file pretrial motions by May 26, 2022. Trial is scheduled for June 20, 2022.

6.      The Parties respectfully move for a stay of all remaining deadlines in the Current Scheduling Order pending a ruling on the Motion.

7.      The Parties wish to avoid the unnecessary expense of preparing for trial if the Court decides to grant Defendants' Motion.

8.      Neither party will be prejudiced by any delay caused by staying the deadlines or continuing the June 20, 2022, trial date.

9.      In the alternative, the Parties collectively move for a continuance of all deadlines set forth in the Current Scheduling Order by an additional ninety (90) days to give the Court time to consider the Motion.

**WHEREFORE**, the Parties respectfully request that the Court stay all deadlines in the Current Scheduling Order, including the current trial date, pending a ruling on Defendants' Motion for Summary Judgment, or, in the alternative, continue all remaining deadlines by an additional ninety (90) days. Counsel for Defendants represents that they are authorized to sign and file this document on behalf of Plaintiff's counsel.

Respectfully submitted,

By:

Charlene A. Gedeus, Attorney I.D. No. 317896
Monica L. Simmons, Attorney I.D. No. 363205
BUCHANAN INGERSOLL & ROONEY PC
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA  19102
Phone:    (215) 665-3812
Facsimile: (215) 665-8760
*Counsel for Defendants*

Dated: April 27, 2022

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was served upon all counsel of record via this Court's CM/ECF system.

By: *Charlene A. Barker Gedeus*

Charlene A. Gedeus, Attorney I.D. No. 317896
BUCHANAN INGERSOLL & ROONEY PC
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA  19102
Phone:     (215) 665-3812
Facsimile: (215) 665-8760
*Counsel for Defendants*

Dated:  April 27, 2022