## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAY ANDERSON, | : |
| **Plaintiff,** | : |
| v. | : |
| | : |
| | : |
| LOWE'S HOME CENTERS, LLC, *et al.*, | :   **CIVIL ACTION NO. 2:21-cv-02292-BMS** |
| | : |
| **Defendants.** | : |
| | : |
| | : |

## ORDER

**AND NOW**, on this __26th__ day of _____April_____, 2022, upon

consideration of the Parties' Joint Motion to Stay Remaining Deadlines Pending the Court's

Ruling on Defendants' Motion for Summary Judgment, it is hereby **ORDERED** and

**DECREED** that the Motion is **GRANTED**. It is further **ORDERED**:

1. All deadlines set forth in the October 26, 2021, Scheduling Order (Doc. No. 6) are stayed; and

2. A new Scheduling Order shall be issued by the Court, if necessary, after ruling on Defendants' pending Motion for Summary Judgment.

**BY THE COURT:**

_____

HON. BERLE M. SCHILLER, J.