IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAY ANDERSON, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LOWE'S HOME CENTERS, LLC, | : | No. 21-2292 |
| Defendant. | : | |

## ORDER

**AND NOW**, this **14th** day of **June, 2022**, upon consideration of Defendant Lowe's Home Centers, LLC's ("Lowe's") Motion for Summary Judgment, Plaintiff Ray Anderson's response thereto, and Lowe's reply thereon, it is hereby **ORDERED** that the motion (ECF No. 8) is **GRANTED in part** and **DENIED in part** as follows:

- Summary judgment is **GRANTED** as to Count One, Count Two's hostile work environment claim, Count Three, and Count Four to the extent it asserts a claim or theory of liability other than failure to accommodate.

- Summary judgment is **DENIED** as to Count Two's failure to accommodate claim and Count Four to the extent it asserts a failure to accommodate claim.

BY THE COURT:

_____
**Berle M. Schiller, J.**